IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRUCE McNEELY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 22-00080-KD-M |
| | ) | |
| **EVANSTON INSURANCE COMPANY,** *et al*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    This action is before the Court on the joint stipulation of dismissal with prejudice signed by Plaintiff Bruce McNeely and Defendant Michael Austin Carter (doc. 16) and the joint stipulation of dismissal with prejudice signed by McNeely and Defendant Brush Country Claims, Ltd. (doc. 17).  The stipulations were not signed by Defendants Evanston Insurance Company and Markel Service Incorporated who have appeared in this action.

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the "plaintiff may dismiss an action without court order by filing . . . a stipulation of dismissal <u>signed by all parties who have appeared</u>." (emphasis added). <u>Estate of West v. Smith</u>, 9 F.4th 1361, 1367–68 (11th Cir. 2021) ("As Rule 41(a)(1)(A)(ii) expressly provides, a stipulation of dismissal "signed by all parties who have appeared" dismisses the action."); <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272, 1277 (11th Cir. 2012) ("Rule 41(a)(1)(A)(ii) allows for plaintiffs, subject to certain rules inapplicable here, to 'dismiss an action without a court order by filing ... a stipulation of dismissal signed by all parties who have appeared.'"); <u>Negron v. City of Miami Beach, Florida</u>,113 F.3d 1563, 1571 (11th Cir. 1997) ("The rule is clearly stated: a voluntary dismissal by stipulation is applicable only if all the parties sign off on it.").

Therefore, because all parties have not signed the proposed joint stipulations, any party opposing the dismissals of Defendants Michael Austin Carter or Brush Country Claims, Ltd., shall file an **objection** on or before **April 26, 2022.  If no objection is filed, then this action as to these Defendants shall be dismissed with prejudice without further order and they shall be terminated as Defendants in this action.**

**DONE and ORDERED** this 12th day of April 2022.

        <u>s/ Kristi K. DuBose</u>
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**