## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRUCE MCNEELY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **1:22-cv-00080-KD-M** |
| **EVANSTON INSURANCE COMPANY** ) | |
| a/k/a EVANSTON INSURANCE CO ) | |
| a/k/a EVANSTON REINSURANCE ) | |
| **COMPANY** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO WITHDRAW

Kenneth W. Boyles, Jr. hereby moves to withdraw as counsel of record for Defendant Evanston Insurance Company ("Evanston"), incorrectly designated in Plaintiff's Complaint as Evanston Insurance Company a/k/a Evanston Insurance Co a/k/a Evanston Reinsurance Company. Evanston, in the above-captioned matter. Defendant Evanston remains represented in the matter by Brenen G. Ely of the law firm of Ely & Isenberg, LLC.

                                                  Respectfully submitted,

                                                  s/Kenneth W. Boyles, Jr.
                                                  Brenen G. Ely (ASB-0366-E54B)
                                                  Kenneth W. Boyles, Jr. (ASB-6784-M55B)
                                                  Counsel for Evanston Insurance Company

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Telephone:    (205) 313-1200
Facsimile:    (205) 313-1201
bely@elylawllc.com
kboyles@elylawllc.com

**CERTIFICATE OF SERVICE**

 I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via CM/ECF electronic filing system and/or U.S. Mail on this the 12th day of May, 2022.

Alan M. Colvin
C. Bennet Long
Catharine "Cate" Biggs
LONG & LONG, PC
3600 Springhill Memorial Drive N
Mobile, Alabama 36608
Alan@longandlong.com
Bennett@longandlong.com
cate@longandlong.com

             s/Kenneth W. Boyles, Jr.
             **OF COUNSEL**